# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHANLEY O'HARA,<br><br>        Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>        Defendant. | Case No. 2:15-cv-01184-RFB-GWF<br><br>**ORDER** |

This matter is before the Court on Defendant's failure to file a Statement in Removal. The Minutes of the Court (#3) dated June 22, 2015, required the party removing the action to this court to file a Statement in Removal no later than fifteen (15) days of the minute order. To date, Defendant has not complied. Accordingly,

**IT IS ORDERED** counsel for the Defendant shall file a Statement in Removal which fully complies with the Minutes of the Court (#3) no later than **July 24, 2015**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 15th day of July, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge